1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   | JASON RALPH BELOTTI,                  | Case No. 2:25-cv-00999 CSK
12   |                Plaintiff,              |
13   |         v.                             | ORDER GRANTING IFP AND
                                               DIRECTING E-SERVICE
14   | COMMISSIONER OF SOCIAL
       SECURITY,                              | (ECF No. 2)
15
16   |                Defendant.              |

17   Presently pending before the Court is Plaintiff Jason Ralph Belotti's motion for
18   leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the
19   commencement of an action "without prepayment of fees or security" by a person that is
20   unable to pay such fees).¹ (ECF No. 2.) Plaintiff submitted the required affidavit, which
21   demonstrates an inability to prepay fees and costs or give security for them. Accordingly,
22   IT IS HEREBY ORDERED that:
23       1.    Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;
24       2.    The Clerk of Court is directed to issue a summons for this case;
25       3.    In keeping with the Court's e-service procedure for Social Security cases,²

---

¹ Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

² https://www.caed.uscourts.gov/caednew/index.cfm/news-archive/new-social-security-

1

service on the Defendant Commissioner of Social Security Administration shall proceed under the Court's e-service program as follows. Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4. The Clerk of the Court is directed to serve the undersigned's scheduling order in Social Security cases.

Dated: April 3, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, belo.0999.25

---

case-procedures-effective-after-june-15-2021/.